No. 90–6262.   CHASE *v.* F. WILLIAM HONSOWETZ, P. C.   Ct. App. Ore.   Certiorari denied.

No. 90–6268.   MENESES *v.* STEPHENS, ADMINISTRATOR, NORTHERN STATE PRISON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 90–6271.   RACE *v.* PUNG, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 90–6274.   DEMOS *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON.   C. A. 9th Cir.   Certiorari denied.

No. 90–6277.   SANDERS *v.* NORTH CAROLINA.   Sup. Ct. N. C.   Certiorari denied.

No. 90–6278.   REVERE *v.* ESTATE OF REVERE.   Sup. Ct. La.   Certiorari denied.

No. 90–6280.   YOUNG *v.* JOHNSON, WARDEN.   C. A. 11th Cir.   Certiorari denied.

No. 90–6281.   PAREZ *v.* LOPEZ ET AL.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 90–6283.   SMITH ET AL. *v.* MOHS, ASSISTANT SUPERINTENDENT, MINNESOTA CORRECTIONAL FACILITY.   C. A. 8th Cir.   Certiorari denied.

No. 90–6285.   FROST *v.* CALIFORNIA ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 90–6293.   JOHNSON *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 90–6330.   HURD *v.* DESERT HOSPITAL ET AL.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 90–6338.   ARMSTRONG *v.* ST. PETERSBURG TIMES ET AL.   Sup. Ct. Fla.   Certiorari denied.